UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00327

**Lakendrick Deantae Rugley,**
*Plaintiff,*

v.

**Judge Scott Novy,**
*Defendant.*

# O R D E R

Plaintiff Lakendrick Deantae Rugley, proceeding pro se, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 2.

On October 6, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b). Doc. 5. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. This case is dismissed with prejudice for failure to state a claim upon which relief can be granted.

*So ordered by the court on December 1, 2021.*

J. CAMPBELL BARKER
United States District Judge